

## United States District Court

### Northern District of Ohio
### 801 West Superior Avenue
#### Cleveland, Ohio 44113-1837

Dan Aaron Polster
Judge

Phone (216) 357-7190

March 23, 2009

Judge Bobbie R. Baldoch, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, DC 20544

RE:   Financial Disclosure Report for Dan Aaron Polster

Dear Judge Baldoch:

        Please find enclosed original and three additional copies of my
Financial Disclosure Report for the Calendar Year 2008.

        Please note that I have not included in my 2008 Report those assets
on lines 56-71 of my 2007 Report. They are owned by ▮▮▮▮▮ who turned
21 on October 16, 2007.

                        Dan Aaron Polster
                        United States District Judge

DAP:dmw

Enclosures

Polster_Dan_A

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Polster, Dan A. | 2. Court or Organization U.S. Dist. Ct., ND Ohio | 3. Date of Report 03/23/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge--Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address United States District Judge 18B Carl B. Stokes U.S. Court Cleveland, Ohio 44133 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lifetime Trustee | ███████ |
| 2. Lifetime Trustee | Siegal College of Jewish Studies |
| 3. Trustee | Jewish Education Center of Cleveland |
| 4. Trustee | ████ trust |
| 5. Board of Directors | Federal Bar Assn (Cleveland chapter) |
| 6. Board of Directors | Mt. Sinai Health Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | U.S. Civil Service Retirement System (CSRS) vested pension for Dept. of Justice service (1976-1998); to be paid upon retirement from judicial service |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/23/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Park Synagogue (Stipend for teaching 10th grade Confirmation class) | $2,600.00 |
| 2. 2008 | Cleveland-Marshal School of Law (teaching course on Mediation) | $1,200.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Hahn, Loeser & Parks (law firm) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Business Valuation Resources, LLC | October 1-3, 2008 | Miami, Florida | CLE Panelist | transportation, lodging, food |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/23/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Money Market Funds (MLynch) | A | Interest | J | T | | | | | |
| 2. Oakmark Intl Fund | A | Dividend | J | T | Sold (part) | 12/22 | J | A | |
| 3. Baron Growth Fd | A | Dividend | J | T | Sold (part) | 7/21 | J | B | |
| 4. Hotchkis and Wiley Fd. | A | Dividend | | | Sold | 7/21 | J | A | |
| 5. Amer. Gr. Fd. of America | A | Dividend | J | T | | | | | |
| 6. Munder Midcap Core Fd. | A | Dividend | J | T | Sold (part) | 12/22 | J | A | |
| 7. Gartmore Small Cap Fd | A | Dividend | | | Sold | 12/22 | J | A | |
| 8. Alger Small Cap Growth | A | Dividend | J | T | Sold (part) | 12/22 | J | A | |
| 9. Thornburg Intl Value Fd | A | Dividend | J | T | | | | | |
| 10. Eaton Vance Large Cap Fd | A | Dividend | J | T | Sold (part) | 12/31 | J | A | |
| 11. Nationwide Small Cap Fd | A | Dividend | | | Sold | 7/21 | J | A | |
| 12. Alabama Power Co. Pref. | B | Dividend | K | T | Buy | 2/21 | K | | |
| 13. GNM P41107 bonds | B | Dividend | K | T | Buy | 11/28 | K | | |
| 14. CD Compass Bank | A | Dividend | | | Buy | 11/21 | J | | |
| 15. CD Compass Bank | A | Dividend | | | Sold | 11/28 | J | A | |
| 16. Blackrock Pfd Inc. Fd | A | Dividend | J | T | Buy | 11/21 | J | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus Prem. Mun. Bd Fund | C | Dividend | K | T | | | | | |
| 19. Putnam College Adv. Gr. Fd. | A | Dividend | | | Sold | 7/21 | K | A | |
| 20. Liberty Acorn Tr Fd | A | Dividend | J | T | | | | | |
| 21. Chevron/Texaco | A | Dividend | K | T | | | | | |
| 22. Wayne cty Ohio Munic. Bonds | B | Interest | K | T | | | | | |
| 23. Hamilton County Sewer Bonds | A | Dividend | J | T | Buy | 8/19 | J | | |
| 24. Putnam Coll. Adv. Bal. Fd. | A | Dividend | | | Sold | 7/21 | J | A | |
| 25. DWS High Inc. Trust (formerlyKemper High Inc. Trust | A | Dividend | | | | | | | |
| 26. Intel | A | Dividend | J | T | | | | | |
| 27. Parker Hannifin | A | Dividend | J | T | | | | | |
| 28. Precision Cast | A | Dividend | | | Sold | 5/15 | K | D | |
| 29. Boeing Co. | A | Dividend | | | Sold | 8/19 | J | A | |
| 30. Petroleo Brasileiro-SA | A | Dividend | | | Buy | 5/15 | J | | |
| 31. Petroleo-Brasileiro-SA | A | Dividend | | | Sold | 8/19 | J | A | |
| 32. Liberty Global Inc. | A | Dividend | K | T | Buy | 4/18 | J | | |
| 33. Rydell Rusell Top 50 | A | Dividend | J | T | | | | | |
| 34. Goldman Sachs Money Mkt | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Henderson Intl Opp Fd | A | Dividend | J | T | | | | | |
| 36. Costco Wholesale Corp | A | Dividend | J | T | Buy | 5/15 | J | | |
| 37. Vanguard Mid-Cap Fd | A | Dividend | J | T | Buy | 8/19 | J | | |
| 38. | | | | | | | | | |
| 39. Tenneco common | A | Dividend | J | T | | | | | |
| 40. Alltel common | A | Dividend | | | Sold | 11/21 | J | A | |
| 41. Embarq (spinoff) | A | Dividend | J | T | | | | | |
| 42. Transistor Devices common | A | Dividend | L | W | | | | | |
| 43. Transistor Devices common | A | Dividend | L | W | | | | | |
| 44. Japan Fund | A | Dividend | J | T | | | | | |
| 45. Vanguard Gund | A | Dividend | J | T | | | | | |
| 46. Unicorn (formerly Comm. Ed. Preferred) | A | Dividend | J | T | | | | | |
| 47. Roulston Growth Fd | A | Dividend | J | T | | | | | |
| 48. National City Bank-check. | A | Interest | J | T | | | | | |
| 49. National City Bank-check | A | Interest | J | T | | | | | |
| 50. National City Bank--CD | A | Interest | J | T | | | | | |
| 51. National City Bank--CD | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Ohio Savings - savings | A | Interest | J | T | | | | | |
| 53.  IRA-Ohio Savings Bank (mut. fd.) | B | Dividend | K | T | | | | | |
| 54.  IRA-Ohio Savings Bank (CD) | B | Interest | K | T | | | | | |
| 55.  IRA-Prudential Equity Fund | C | Dividend | K | T | | | | | |
| 56.  IRA-Prudential Equity Fd. | C | Dividend | K | T | | | | | |
| 57.  401(K) prof. managed | A | Dividend | N | T | | | | | |
| 58.  HR 10 prof. managed | A | Dividend | N | T | | | | | |
| 59. | | | | | | | | | |
| 60.  Money Market (MLynch) | A· | Interest | J | T | | | | | |
| 61.  Transistor Devices common | A | Dividend | L | W | | | | | |
| 62.  Gabelli Utilities Fd | A | Dividend | J | T | Buy (add'l) | 7/21 | J | | |
| 63.  ML Global Allocation Fd I | A | Dividend | | | Sold | 7/21 | J | A | - |
| 64.  Blackrock Global Alloc Fd | A | Dividend | K | T | Buy (add'l) | 7/21 | J | | |
| 65.  American Gr. Fd of America | A | Dividend | J | T | | | | | |
| 66.  MFS Intl New Disc Fd | A | Dividend | J | T | Buy (add'l) | 7/21 | J | | |
| 67.  Wells Fargo Govt Fd | A | Dividend | J | T | Buy | 2/07 | J | | |
| 68.  State of Israel Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ford common | A | Dividend | K | T | | | | | |
| 70. Visteon (Ford spinoff) | A | Dividend | J | T | | | | | |
| 71. Citigroup (acq. Ford spinoff) | A | Dividend | J | T | | | | | |
| 72. Unicom (form. Comm. Ed) | A | Dividend | J | T | | | | | |
| 73. Warburg Pincus Growth | A | Dividend | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. Trust** (lines 78-141) | E | Int./Div. | O | T | | | | | |
| 76. State of Israel Bond | | | | | | | | | |
| 77. Tenneco common | | | | | | | | | |
| 78. Pactiv Corp | | | | | | | | | |
| 79. JPMorgan Chase | | | | | | | | | |
| 80. Sprint Corp | | | | | | | | | |
| 81. M.Lynch Money Market | | | | | | | | | |
| 82. U.S. GNM bonds | | | | | | | | | |
| 83. Alltell common | | | | | Sold | 11/21 | J | A | |
| 84. Ampal Israel Preferred | | | | | | | | | |
| 85. Ind. Dev. Bank of Israel Pref. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Amer New Persp Fd | | | | | Buy (add'l) | 7/21 | J | | |
| 87. Amer Inc. Fd of Amer. | | | | | Buy (add'l) | 7/21 | J | | |
| 88. American Washington Mut Fd | | | | | Buy (add'l) | 7/21 | J | | |
| 89. Calamos Growth Fd | | | | | Sold | 7/21 | J | A | |
| 90. Oakmark Intl Fund | | | | | Sold (part) | 7/21 | J | A | |
| 91. Hotchkis and Wiley Smallcap | | | | | Sold | 7/21 | J | A | |
| 92. Baron Growth Fd | | | | | Sold (part) | 7/21 | J | A | |
| 93. Amer. Growth Fd of America | | | | | Buy (add'l) | 7/21 | J | | |
| 94. CD Treasury Bank NA | | | | | | | | | |
| 95. Hartford Floating Rt Fd | | | | | | | | | |
| 96. CD Compass Bank | | | | | Buy | 3/21 | K | | |
| 97. CD Compass Bank | | | | | Sold | 11/21 | K | A | |
| 98. GNM P411077 Bonds | | | | | Buy | 12/18 | K | | |
| 99. Georgia Power Co. | | | | | Buy | 2/21 | J | | |
| 100. | | | | | | | | | |
| 101. Money Fund (Janney Adv) | | | | | | | | | |
| 102. Immunogen Inc. | | | | | Sold (part) | 8/14 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Immunogen Inc. | | | | | Sold (part) | 9/26 | J | A | |
| 104.  Epix Pharmaceuticals | | | | | | | | | |
| 105.  Enbridge Energy Mgt LLC | | | | | | | | | |
| 106.  Ibis Technologies Corp | | | | | | | | | |
| 107.  ASV Inc | | | | | Sold | 2/27 | J | B | |
| 108.  Female Health Co. | | | | | Sold | March | K | C | |
| 109.  Trailer Bridge Inc. | | | | | | | | | |
| 110.  Accuray Corp. | | | | | Buy | 8/14 | L | | |
| 111.  Cogdell Spencer Inc. | | | | | Buy | 5/23 | K | | |
| 112.  Nicholas Financial Inc. | | | | | Buy | 2/29 | K | | |
| 113. | | | | | | | | | |
| 114.  Money Market (Wachovia) | | | | | | | | | |
| 115.  Laclede Gas common | | | | | | | | | |
| 116.  Nuveen Ohio Munic. Fd | | | | | | | | | |
| 117.  Davis NY Venture Fd | | | | | | | | | |
| 118.  Eaton Vance Tax Managed Gr. Fd (formerly Eat. Vance Marath. | | | | | | | | | |
| 119.  Cedar Fair | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. American Express Co. | | | | | | | | | |
| 121. Chevron/Texaco | | | | | | | | | |
| 122. XTO Energy | | | | | Sold (part) | 5/15 | K | E | |
| 123. Franklin, Ohio Munic. Bond | | | | | | | | | |
| 124. Ameriprise Financial (spinoff from American Express) | | | | | Sold | 8/19 | J | B | |
| 125. Hewlett-Packard | | | | | | | | | |
| 126. Goldman Sachs Money Market | | | | | | | | | |
| 127. Illinois Tool Works | | | | | Sold | 8/19 | K | A | |
| 128. Henderson Intl Opp. | | | | | | | | | |
| 129. Liberty Global Inc. | | | | | Sold | 12/22 | J | A | |
| 130. Streettracks Dow Jones | | | | | Sold | 8/19 | J | A | |
| 131. Nustar Energy LLP (formerly Valero LP) | | | | | | | | | |
| 132. Petroleo Brasiliero | | | | | Buy | 5/15 | K | | |
| 133. Petroleo Brasiliero | | | | | Sold | 12/22 | J | A | |
| 134. Emerson Electric Co. | | | | | Buy | 5/15 | J | | |
| 135. Costco Wholesale Corp | | | | | Buy | 5/15 | K | | |
| 136. Vanguard Mid-Cap Fd | | | | | Buy | 8/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/23/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Cuyahoga Cty Cap Impt Bond | | | | | Buy | 8/19 | K | | |
| 138. Embarq. (spinoff) | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/23/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544